Penny Mac
6101 Condor Drive
Suite 200, Moorpark, Ca 93021.

West Jefferson hospital
1101 medical center Boulevard,
marrero, LA 70072

Touro hospital
401 Foucher Street
new orleans, LA 70115

~~Student loan~~

~~Parent Plus loan~~   ~~NSLDS loan. ed.~~ ~~Eog~~ gov

~~10000 w. charleston Blvd.~~

~~Suite~~   Direct Plus Loan
400 Maryland Ave. SW
Washington DC 20202

FedLoan
P.O. Box 69184
Harris Burg, PA 17106-9184