# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| TRACHEL B. WILLIAMS<br>120 HONEYSUCKLE LANE<br>WAGGAMAN LA  70094 | **15-10015**<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO DISMISS CASE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that this case be dismissed for the following reason or reasons:

FAILURE TO ATTEND 341 MEETING AND FILE PLAN..

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

March 10, 2015 at  9:00 am.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's counsel no later than seven days before the hearing.  If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.


Attorney for debtor:

PRO SE

/s/  S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TRACHEL B WILLIAMS | CASE NO: 15-10015 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 2/6/2015, a copy of the following documents, described below,

MOTION TO DISMISS CASE - FAILURE TO ATTEND 341 MEETING OF CREDITORS AND FAILURE TO FILE PLAN,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/6/2015

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Trustee
S.J. Beaulieu Jr.
433 Metairie Road Suite 307
New Orleans, LA  70005

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
053L-2
CASE 15-10015
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS
FRI FEB 6 08-33-25 CST 2015

*EXCLUDE*

~~UNITED STATES BANKRUPTCY COURT~~
~~EASTERN DISTRICT OF LOUISIANA~~
~~HALE BOGGS FEDERAL BUILDING~~
~~500 POYDRAS STREET SUITE B-601~~
~~NEW ORLEANS LA 70130-3319~~

100 CAMBRIDGE STREET
SUITE 1600
BOSTON MA 02114-2518

BELLSOUTH TELECOMMUNICATIONS INC.
% AT&T SERVICES INC
KAREN CAVAGNARO PARALEGAL
ONE AT&T WAY ROOM 3A104
BEDMINSTER NJ 07921-2693

DIRECT PLUS LOAN
400 MARYLAND AVE. SW
WASHINGTON DC 20202-0001

FEDLOAN
PO BOX 69184
HARRIS BURG PA 17106-9184

LOUISIANA DEPARTMENT OF REVENUE
COLLECTIONS DIVISIONBANKRUPTCY
SECTION
P.O. BOX 66658
BATON ROUGE LA 70896-6658

PENNY MAC
6101 CONDOR DRIVE
SUITE 200
MOORPARK CA 93021-2602

PENNYMAC LOAN SERVICES LLC
CO ALDRIDGE CONNORS LLP
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD N.E. SUITE 500
ATLANTA GA 30305-1636

TOURO HOSPITAL
401 FOUCHER STREET
NEW ORLEANS LA 70115

WEST JEFFERSON HOSPITAL
1101 MEDICAL CENTER BOULEVARD
MARRERO LA 70072-3191

*EXCLUDE*

~~OFFICE OF THE U.S. TRUSTEE~~
~~400 POYDRAS STREET~~
~~SUITE 2110~~
~~NEW ORLEANS LA 70130-3238~~

*EXCLUDE*

~~S. J. BEAULIEU JR.~~
~~433 METAIRIE ROAD~~
~~SUITE 307~~
~~METAIRIE LA 70005-4326~~

*DEBTOR*

TRACHEL B. WILLIAMS
120 HONEYSUCKLE LANE
WAGGAMAN LA 70094-2273